# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-036-363

**Effective Date of Registration:**
March 29, 2017

---

## Title

**Title of Work:** Group Registration of Published Photographs; Angus Mordant; 2017 Photos; all published 1/11/17-3/17/17; 20 Photos

**Content Title:** Mordant, Hector Figueroa, 1_13_2017.jpg

Mordant, 106th Precinct, 2_5_2017.jpg

Mordant, NYPD cops, 2_6_2017.jpg

Mordant, Elena Gonzalez, 2_13_2017.jpg
Mordant, Miguel Gonzalez, 2_13_2017.jpg; 2/13/17

Mordant, Bridge, 2_21_2017.jpg
Mordant, PAPD Truck, 2_21_2017.jpg
Mordant, Police and Fire Dept, 2_21_2017.jpg; 2/21/17

Moradant, Beauchamp, 3_7_2017.jpg
Mordant, Firefighters 2, 3_7_2017.jpg
Mordant, Firefighters, 3_7_2017.jpg; 3/7/17

Mordant, Preet Bharara , 3_13_2017.jpg
Mordant, Black Lives Matter protestors, 3_13_217.jpg; 3/13/17

Mordant, Maria Torres-Springer, 3_16_2017.jpg

Mordant, Ceremony, 3_17_2017.jpg
Mordant, Deborah Glick, 3_17_2017.jpg
Mordant, Family Members, 3_17_2017.jpg
Mordant, Monique Willaims 3, 3_17_2017.jpg
Mordant, Monique Williams 2, 3_17_2017.jpg
Mordant, Monique Williams, 3_17_2017.jpg; 3/17/17

---

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 11, 2017
**Nation of 1st Publication:** United States

---

## Author

- **Author:** Angus Mordant
  **Author Created:** photograph

Work made for hire: No
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Angus Mordant
261 West 25th Street, Apt 7B, New York, NY, 10001, United States

## Certification

Name: Richard Liebowitz
Date: March 29, 2017

Copyright Office notes: Regarding publication: range of publication dates is 01/11/2017 to 03/17/2017

